[No. 29380-7-III.   Division Three.   October 20, 2011.]

DENNIS R. BALDWIN ET AL., *Plaintiffs*, v. THOMAS J. SILVER
ET AL., *Appellants*, FARMERS INSURANCE COMPANY OF
WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 06-2-00143-1, Rebecca M. Baker, J.,
entered August 26, 2010. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.
Now published at 165 Wn. App. 463.

[Nos. 65039-4-I; 65068-8-I.   Division One.   October 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J.
HOLDRIDGE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA A.
HOLDRIDGE, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 08-1-02681-3, Laura C. Inveen, J., entered
February 12, 2010. *Affirmed* by unpublished opinion per
Leach, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 65117-0-I.   Division One.   October 24, 2011.]

*In the Matter of the Marriage of* JAEL BURNS, *Respondent*,
and BRIAN W. BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 08-3-03327-2, Timothy A. Bradshaw, J., entered
February 23, 2010. *Affirmed in part* and *remanded* by
unpublished opinion per Lau, J., concurred in by Ellington
and Schindler, JJ.